# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　-vs-<br><br>JOHN MARION HATLESTAD,<br><br>　　　　　　　　Defendant. | No.　2:15-CR-0085-WFN-1<br><br>PRELIMINARY ORDER<br>OF FORFEITURE |

**IT IS ORDERED** that:

As the result of the Defendant's guilty plea to Count 2 of the Indictment, charging Defendant with Receipt of Child Pornography in violation of 18 U.S.C. § 2252A(a)(2) for which the United States sought forfeiture of assets pursuant to 18 U.S.C. § 2253, Defendant, JOHN MARION HATLESTAD, shall forfeit to the United States any property, real or personal, used to or intended to be used to commit or promote the commission of such offense or any property traceable to such property.

The Court has determined, based upon the Defendant's plea and Plea Agreement, that the following assets are subject to forfeiture pursuant to 18 U.S.C. § 2253, and that the United States has established the requisite nexus between the assets listed below, and such offense:

　　　1) One (1) Toshiba Mini Laptop Computer, Serial Number ZA147629K;

　　　2) One (1) Stealth USB Thumb Drive; and

　　　3) Two (2) Miscellaneous CD'S/DVD'S.

Upon the issuance of a Preliminary Order of Forfeiture and pursuant to 21 U.S.C. § 853(n)(1), as incorporated by 18 U.S.C. § 2253(b), the United States will post notice of the order on the official government internet site (www.forfeiture.gov) for at least 30 consecutive days.

PRELIMINARY ORDER
OF FORFEITURE - 1

The United States will also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the Preliminary Order of Forfeiture, as a substitute for posted internet notice as to those persons so notified.

Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B), this Preliminary Order of Forfeiture is final as to the Defendant at the time of sentencing, and is made part of the sentence and included in the judgment.

The United States shall have clear title to the above-listed property following the Court's disposition of all third-party interests, or, if none, following the expiration of the period provided in Fed. R. Crim. P. 32.2(c)(2), and 21 U.S.C. § 853(n) as incorporated by 18 U.S.C. § 2253, for the filing of third party petitions.

The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

The District Court Executive is directed to file this Order and provide copies to counsel.

**DATED** this 2nd day of June, 2016.

06-02-16

                s/ Wm. Fremming Nielsen
                WM. FREMMING NIELSEN
       SENIOR UNITED STATES DISTRICT JUDGE

PRELIMINARY ORDER
OF FORFEITURE - 2